THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | CASE NO. C17-1569-JCC |
| RACHAEL RICHENDIFER | MINUTE ORDER |
| Appellant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On October 24, 2017, Appellant filed a notice of appeal in her bankruptcy case, *In re: Rachael Richendifer*, No. 17-14375-TWD (Bankr. W.D. Wash. 2017). (Dkt. No. 1.) On November 28, 2017, the Clerk of the Bankruptcy Court filed a notice of deficiency of appeal. (Dkt. No. 4.) Appellant's deficiencies included: failure to pay a filing fee, designate the record on appeal, or file a statement of issues. (*Id*.)

Under the Federal Rules of Bankruptcy Procedure, the appellant must file and serve the designation of the record and statement of issues within 14 days after the appellant's notice of appeal as of right becomes effective. Fed. R. Bank. P. 8009(a)(1)(B). Since Appellant filed her notice of appeal on October 24, 2017, she had until November 7, 2017 to file a designation of the

MINUTE ORDER
C17-1569-JCC
PAGE - 1

| | |
|---|---|
| 1 | record and statement of issues with the Clerk of the Bankruptcy Court. Appellant has failed to do |
| 2 | so and has not corrected the deficiencies. (*See* Dkt. No. 4.) |
| 3 | Appellant is ORDERED to show cause why her appeal should not be dismissed for |
| 4 | failure to prosecute. Within 21 days of this order, Appellant shall either correct the previously |
| 5 | noted deficiencies with her appeal (*see* Dkt. No. 4) or file with this Court the reasons for the |
| 6 | deficiencies and request an extension of time. |
| 7 | DATED this 18th day of January 2018. |

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk