THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | CASE NO. C17-1569-JCC |
| RACHAEL RICHENDIFER | ORDER |
| Appellant. | |

This matter comes before the Court *sua sponte*. Appellant filed this bankruptcy appeal on October 24, 2017. (Dkt. No. 1.) On November 27, 2017, the Clerk for the U.S. Bankruptcy Court filed a notice of deficiency of appeal because Appellant failed to pay a filing fee, designate the record, or file a statement of issues. (Dkt. No. 4.) On January 18, 2018, the Court ordered Appellant to show cause by February 8, 2018 why the above-captioned matter should not be dismissed for failure to prosecute. (Dkt. No. 5.) That deadline has passed and Appellant has not responded or taken any action in the case. Pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this appeal without prejudice and DIRECTS the Clerk to close the case.

//

//

//

ORDER
C17-1569-JCC
PAGE - 1

1 DATED this 12th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1569-JCC
PAGE - 2